KEEFE, APPELLEE, *v.* YOUNGSTOWN DIOCESE
OF THE CATHOLIC CHURCH, APPELLANT.

[Cite as *Keefe v. Youngstown Diocese of the Catholic Church* (1998), 82 Ohio St.3d 1215.]

(No. 97–1173—Submitted May 12, 1998—Decided June 24, 1998.)

---

*Gerald P. Leb* and *Richard W. Shrake II,* for appellee.

*Newman, Olson & Kerr* and *Mary Beth Houser; Lesh, Casner & Miller* and *John R. Frank,* for appellant.

---

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.